USCA1 Opinion

 

 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _______ No. 96-1068 ROLAND C. DUBOIS AND RESTORE: THE NORTH WOODS, Defendants, Appellants, v. UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., Plaintiffs, Appellees. ________ BEFORE Selya, Circuit Judge, _____________ Coffin and Bownes, Senior Circuit Judges. _____________________ ____ ORDER OF COURT Entered: January 24, 1997 The appellee Loon Mountain Recreation Corporation is granted the same amount of time in which to file a petition for rehearing as the appellant. Therefore, as computed by this Clerk's Office, the petition for rehearing must be filed no later than February 5, 1997 which is 45 days from the date of judgment of December 19, 1996. By the Court: WILLIAM H. NG, Clerk By___________________ Chief Deputy Clerk ccc: Messrs. Dubois, Callen, Plourde, Armstrong, Kehne, Bryson,  Quast, Williams, Hill]